UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE PERDUE,<br><br>    Plaintiff,<br><br>    v.<br><br>EVERTH BERCIAN,<br><br>    Defendant. | NO. EDCV 08-1266-ODW (AGR)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE |

    For the reasons discussed below, the Court orders Plaintiff to show cause, on or before ***June 30, 2009***, why this Court should not recommend dismissal of the First Amended Complaint for failure to prosecute and/or failure to comply with a court order.

**I.**

**BACKGROUND**

    On December 5, 2008, Plaintiff filed a First Amended Complaint. (Dkt. No. 8.) On February 11, 2009, the district court dismissed the first cause of action against defendant Bercian solely in his official capacity and dismissed the second cause of action for failure to state a claim. (Dkt. No. 12.)

    On February 19, 2009, this court ordered service of the First Amended

Complaint upon defendant Bercian. (Dkt. No. 15.) The Order Re: Service of Complaint, and Plaintiff's Mailing Address ("Order") required that (1) on or before April 20, 2009, Plaintiff file a Notice of Submission indicating that all required documents have been submitted to the United States Marshal for service of the First Amended Complaint; and (2) on or before March 4, 2009, Plaintiff file a Notice of Current Address with Plaintiff's current mailing address for service of documents from the court or the parties. (Dkt. No. 13.) The Order expressly warned that if Plaintiff fails to file the Notice of Submission by April 20, 2009, "his action will be subject to dismissal without prejudice." (*Id.*) In addition, the Order warned that failure to file a Notice of Current Address "may result in dismissal of the action for failure to prosecute." (*Id.*)

To date, Plaintiff has not filed a Notice of Submission or a Notice of Current Address.

## II.

## **DISCUSSION**

A district court may, on its own, dismiss an action for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). *Henderson v. Duncan*, 779 F.2d 1241, 1243 (9th Cir. 1986). The court is "required to weigh several factors in determining whether to dismiss this case for lack of prosecution: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits and (5) the availability of less drastic sanctions." *Id.* "A dismissal for lack of prosecution must be supported by a showing of unreasonable delay. Unreasonable delay creates a presumption of injury to the defense." *Id.* (internal citation omitted).

To date, Plaintiff has not filed a Notice of Submission or a Notice of Current Address. Because the United States Marshal has not received from Plaintiff the necessary documents, including the USM-285 form, First Amended Complaint

and summons, service of process cannot be made on the defendant and this case cannot proceed.

### III.
### ORDER

IT IS THEREFORE ORDERED that, on or before **June 30, 2009**, Plaintiff shall show cause why this Court should not recommend dismissal of the action for failure to prosecute. Filing a Notice of Submission of Documents to United States Marshal and filing a Notice of Current Address on or before June 30, 2009, shall be deemed compliance with this Order to Show Cause.

***Plaintiff is cautioned that if he does not timely respond to this Order to Show Cause, the Magistrate Judge may recommend dismissal without prejudice for failure to prosecute and/or failure to follow a court order.***

DATED: June 2, 2009

*/s/ Alicia G. Rosenberg*
ALICIA G. ROSENBERG
United States Magistrate Judge