**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ARCHIE PERDUE,<br><br>  Plaintiff,<br><br>  v.<br><br>EVERTH BERCIAN,<br><br>  Defendants, | No. EDCV 08-1266-ODW (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: August 28, 2009

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE