**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ARCHIE PERDUE,<br><br>       Plaintiff,<br><br>  v.<br><br>EVERTH BERCIAN,<br><br>       Defendants, | No. EDCV 08-1266-ODW (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: August 28, 2009

                                              OTIS D. WRIGHT II
                                   UNITED STATES DISTRICT JUDGE